AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | United States District Court, Central District of Illinois | 07/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States District Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/1/2012 | John Marshall Law School - Teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Government | Student Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Camden Cnty N JMUN Utils Auth. | B | Interest | | | Matured | 09/30/12 | K | | |
| 2. Bank Deposit Program - Morgan Stanley Smith Barney | A | Interest | N | T | | | | | |
| 3. Illinois St. Zero CPN College - Savings Bonds | A | Interest | K | T | | | | | |
| 4. IRA I - All common Stock in lines 5 - 63 | D | Dividend | N | T | | | | | |
| 5. - Abbott Laborotories | | | | | | | | | |
| 6. -ABBVIE (Y) | | | | | | | | | |
| 7. - Apple Inc. | | | | | Sold | 04/20/12 | J | | |
| 8. - Bank of America Corp. | | | | | | | | | |
| 9. - Barrick Gold Corp CAD | | | | | | | | | |
| 10. - Berkshire Hatthaway inc. CL B | | | | | | | | | |
| 11. - Biogen IDEC Inc. - (Y) | | | | | | | | | |
| 12. - Cablevision Sustems Corp | | | | | | | | | |
| 13. - Caterpillar Inc. | | | | | | | | | |
| 14. - Chevron Corp | | | | | | | | | |
| 15. - Chubb Corp | | | | | | | | | |
| 16. - Cisco Sys. Inc. | | | | | | | | | |
| 17. - DirectTV CLA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dolby Laboratories Inc. | | | | | | | | | |
| 19. - Dreyfus Money Market | | | | | | | | | |
| 20. - EBAY Inc. | | | | | | | | | |
| 21. - Emerson Electric Co. | | | | | | | | | |
| 22. -Engility Holdings (y) | | | | | | | | | |
| 23. - Exxon Mobil Corp. | | | | | | | | | |
| 24. -First Eagle Global Fund | | | | | Buy | 01/20/12 | J | | |
| 25. | | | | | Sold | 10/03/12 | J | | |
| 26. - Fluor Corp. New | | | | | | | | | |
| 27. - Freeport McMoran Copper & Gold | | | | | | | | | |
| 28. - Frontier Communications Corp. (Y) | | | | | | | | | |
| 29. - Gap Inc. Delaware | | | | | | | | | |
| 30. - General Electric | | | | | Sold | 01/30/12 | J | | |
| 31. - Google Inc. | | | | | | | | | |
| 32. - Home Depot Inc. | | | | | | | | | |
| 33. - Honeywell | | | | | Sold | 01/30/12 | J | | |
| 34. - Intel Corp. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Intl. Business Machines Copr. | | | | | | | | | |
| 36. - Johnson & Johnson | | | | | | | | | |
| 37. - JPMorgan Chase & Co. | | | | | | | | | |
| 38. - Juniper Networks inc. | | | | | | | | | |
| 39. - Kraft Foods Inc. Class A | | | | | | | | | |
| 40. - L3 Communications Hldgs Inc. | | | | | | | | | |
| 41. - Liberty Media Corp. Liberty Cap | | | | | | | | | |
| 42. - Liberty Media Hldg. Corp. | | | | | | | | | |
| 43. - McKesson Corporation | | | | | | | | | |
| 44. - Merck & Co. Inc. New | | | | | | | | | |
| 45. - Microsoft Corp. | | | | | | | | | |
| 46. - Nasdaq OMX Group Inc. | | | | | | | | | |
| 47. - Novartis AG ADR | | | | | | | | | |
| 48. - Lam Research (fka Novellus) | | | | | | | | | |
| 49. - Mondelez Intl. (Y) | | | | | | | | | |
| 50. - Nucor Corp. | | | | | | | | | |
| 51. - Pepsico inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Petroleo Brasileiro SA | | | | | | | | | |
| 53. - Pfizer Inc. | | | | | | | | | |
| 54. - Proctor & Gamble Co. | | | | | | | | | |
| 55. - Starz Liberty (Y) | | | | | | | | | |
| 56. - State Street Corp. | | | | | | | | | |
| 57. - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 58. - Texas Instruments Inc. | | | | | | | | | |
| 59. -Thornburg Investment Income | | | | | Buy | 01/20/12 | J | | |
| 60. | | | | | Sold | 10/03/12 | J | | |
| 61. - Unilever PLC Spons ADR NEW | | | | | | | | | |
| 62. - United Parcel Service CLB | | | | | | | | | |
| 63. - Verizon Communications | | | | | | | | | |
| 64. - VISA Inc. Com CLA | | | | | | | | | |
| 65. - Vodafone Group PLC Spons | | | | | | | | | |
| 66. -Walgreens | | | | | Buy | 1/4/2012 | J | | |
| 67. - Walt Disney Co. | | | | | | | | | |
| 68. IRA 2 - Lines 65-67 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Bank Deposit Program - Morgan Stanley Smith Barney | A | Interest | J | T | | | | | |
| 70. - Consolidated Edison Inc. | | | | | | | | | |
| 71. - Legg Mason CB Large Cap Growth - SBGLX | | | | | | | | | |
| 72. Bank Deposit Program - Morgan Stanley Smith Barney | A | Interest | J | T | | | | | |
| 73. Legg Mason CB Appreciation CL - SHAPX | A | Dividend | J | T | | | | | |
| 74. Legg Mason Clearbridge Aggress - SHRAX | A | Dividend | J | T | | | | | |
| 75. Legg Mason CB Large Cap Growth - SBGLX | A | Dividend | J | T | | | | | |
| 76. Bank Deposit Program - Morgan Stanley Smith Barney | A | Interest | | | Distributed | 08/31/12 | L | | ▒▒▒▒ |
| 77. Vertex Phamaceuticals Inc. VRTX | | | | | Sold | 01/04/12 | J | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 1 - Camden Municipal matured in September of 2012 and went into the Bank Deposit Program/Morgan Stanley Smith Barney (line 2).

Part VII - Lines 18 - Dreyfus Money Market was converted to an asset in the Bank Deposit Program (line 2).

Part VII - Line 47 Novellus Systems was bought by Lam Research in June of 2012.

Part VII Lines 6, 22, 49 and 55 - Abbvie(6), Engility Holdings(22), Mondelez Intl.(49), and Starz Liberty (55) are part of IRA I and were inadvertently omitted from prior years filing.

Part VII Lines 72-75 - Custodial Account

Part VII - Line 76 was a custodial account                           , which was distributed to        in August of 2012 and is no longer under my control.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544